| | |
|---|---|
| 1 | **MCGUIREWOODS LLP** |
| | Anthony Q. Le (SBN# 300660) |
| 2 | ale@mcguirewoods.com |
| | Two Embarcadero Center |
| 3 | Suite 1300 |
| | San Francisco, CA 94111 |
| 4 | Telephone: 415.844.9944 |
| 5 | Facsimile: 415.844.9922 |
| 6 | |
| | Attorneys for Defendant |
| 7 | Bank of America, N.A. |
| 8 | **SAGARIA LAW, P.C.** |
| | Scott J. Sagaria (SBN# 217981) |
| 9 | Elliot W. Gale (SBN# 263326) |
| | Joe B. Angelo (SBN# 268542) |
| 10 | Scott M. Johnson (SBN# 287182) |
| 11 | 2033 Gateway Place, 5th Floor |
| | San Jose, CA 95110 |
| 12 | Telephone: 408.279.2288 |
| | Facsimile: 408.279.2299 |
| 13 | |
| 14 | Attorneys for Plaintiff |
| | Crystal Miller |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Crystal Miller, | Case No. 2:18-cv-00126-JAM-CKD |
| Plaintiff, | **SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 144(a); ORDER** |
| v. | |
| Experian Information Solutions, Inc.; Equifax, Inc.; Bank of America, N.A.; Harley Davidson Credit Corporation; Wells Fargo Bank, N.A.; and DOES 1 through 100 inclusive, | Complaint Filed: January 19, 2018 |
| | Honorable John A. Mendez |
| Defendants. | Current Response Deadline: 4/5/2018 |
| | New Response Deadline: 5/3/2018 |

This Stipulation is made by and between Plaintiff Crystal Miller ("Plaintiff") and Defendant Bank of America, N.A. ("BANA") through their respective counsel and in light of the following facts:

**RECITALS**

WHEREAS; on January 19, 2018, Plaintiff filed this action against BANA, and a summons was issued by the Court;

WHEREAS; BANA was served a copy of the Complaint and Summons on February 22, 2018;

WHEREAS; BANA's current deadline to respond to the Complaint is presently April 5, 2018;

WHEREAS; BANA and Plaintiff are continuing to engage in good-faith settlement discussions and believe that continued settlement discussions will result in resolution of the case without wasting the Court and the Parties' time and resources;

WHEREAS; BANA, through counsel, has requested a twenty-eight (28) day extension of time within which to respond to the Complaint and Plaintiff, through counsel, has agreed to this request.

**STIPULATION**

THEREFORE, the parties agree through their respective attorneys to the following:

1. BANA's time to file a responsive pleading in this action shall be extended by twenty-one days up to and including May 3, 2018.

2. This is the second extension of time to respond for BANA.

3. This extension will not affect any other deadline in this case.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

///

///

///

All other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorized the filing.

DATED: April 3, 2018 **MCGUIREWOODS LLP**

By: /s/ *Anthony Q. Le*
Anthony Q. Le

Attorneys for Defendant
Bank of America, N.A.

DATED: April 3, 2018 **SAGARIA LAW LLP**

By: /s/ *Elliot Gale (with permission)*
Elliot Gale

Attorneys for Plaintiff
Crystal Miller

# ORDER

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore, hereby enters the stipulation as the order of the Court. Accordingly,

(1) Defendant Bank of America, N.A.'s time to file a responsive pleading in this action shall be extended by twenty-eight days up to and including May 3, 2018.

(2) This is the second extension of time to respond for BANA.

(3) This extension will not affect any other deadline in this case.

(4) This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

**IT IS SO ORDERED.**

Dated: 4/3/2018 /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2018, I electronically filed the foregoing with the Clerk of Court of the United States District Court, Eastern District of California, using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                   */s/ Anthony Q. Le*
                                        Anthony Q. Le