**MCGUIREWOODS LLP**
Benjamin J. Sitter
Cal. Bar # 273394
260 Forbes Ave, Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.7904
Facsimile: 412.667.7991
bsitter@mcguirewoods.com

*Attorney for Defendant Harley-Davidson Credit Corporation*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br>        Defendants. | Case No. 2:18-cv-00126-JAM-CKD<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO L.R. 144(a); ORDER**<br><br>Complaint Filed: January 19, 2018<br><br>Honorable John A. Mendez<br><br>Current Response Deadline:<br>   4/12/2018<br>New Response Deadline:<br>   5/10/2018 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This Court, having received and reviewed the stipulation of the parties |
| 3 | referenced immediately above, and finding good cause therefore, hereby enters the |
| 4 | stipulation as the order of the Court. Accordingly, |

1. Defendant Harley Davidson Credit Corporation's time to file a responsive pleading in this action shall be extended by twenty-eight days up to and including May 10, 2018.
2. This is the second extension of time to respond for Defendant.
3. This extension will not affect any other deadline in this case.
4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

**IT IS SO ORDERED.**

Dated: 4/10/2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE