| | |
|---|---|
| 1 | MARK D. LONERGAN (State Bar No. 143622) |
| | REBECCA S. SAELAO (State Bar No. 222731) |
| 2 | ALISA A. GIVENTAL (State Bar No. 273551) |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| 6 | ROCHELLE L. SMITH (State Bar No. 316225) |
| | SEVERSON & WERSON |
| 7 | A Professional Corporation |
| | The Atrium |
| 8 | 19100 Von Karman Avenue, Suite 700 |
| | Irvine, California 92612 |
| 9 | Telephone: (949) 442-7110 |
| | Facsimile: (949) 442-7118 |

Attorneys for Defendants
WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION — SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL MILLER, | Case No. 2:18-CV-00126-JAM-CKD |
| | Hon. John A. Mendez |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC,; EQUIFAX, INC.; BANK OF AMERICA, N.A.; HARLEY DAVIDSON CREDIT CORPORATION, WELLS FARGO BANK, N.A., AND DOES 1 THROUGH 100 INCLUSIVE, | Complaint Served: February 12, 2018 |
| | Orig. Response Deadline: March 5, 2018 |
| | New Response Deadline: April 2, 2018 |
| | New. Response Deadline: May 2, 2018 |
| | Prop Response Deadline: June 1, 2018 |
| Defendant. | |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Crystal Miller ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading

07685.1986/11197945.1

JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER

based on the following facts:

1. Plaintiff served the Complaint on February 12, 2018;

2. Defendant's deadline to respond to the Complaint was March 5, 2018;

3. Plaintiff and Defendant entered into a stipulation to postpone the response deadline to April 2, 2018;

4. Plaintiff and Defendant are engaged in settlement discussions and jointly moved to extend the response deadline to May 2, 2018 , the request was granted;

5. Plaintiff and Defendant are continuing settlement discussions and believe that they can resolve their dispute if an additional 30 day extension is granted by the Court.

6. Plaintiff and Defendant therefore move jointly to extend for the third time Defendant's deadline to respond to the Complaint to June 1, 2018.

DATED: May 2, 2018     SAGARIA LAW, P.C.

By:    */s/ Elliott W. Gale*
       Elliot W. Gale

Attorneys for Plaintiff CRYSTAL MILLER

DATED: May 2, 2018     SEVERSON & WERSON
A Professional Corporation

By:    */s/ Rochelle L.Smith*
       Rochelle L. Smith

Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Rochelle L. Smith, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing.

By:   */s/ Rochelle L. Smith*

# **ORDER**

Pursuant to the joint motion of plaintiff Crystal Miller and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to June 1, 2018. No other deadlines shall be affected by this Order.

**IT IS SO ORDERED.**

DATED: May 2, 2018

/s/ John A. Mendez
HON. JOHN A MENDEZ.