Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Crystal Miller

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CRYSTAL MILLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>  Defendant. | Case No.: 2:18-cv-00126-JAM-CKD<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 3/7/19                         /s/ John A. Mendez_____
                                       Hon. JOHN A. MENDEZ
                                       UNITED STATES DISTRICT JUDGE